1  SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
2  John T. Jasnoch (281605)
   707 Broadway, 10th Floor
3  San Diego, CA  92101
4  Telephone:  (619) 233-4565
   Facsimile:  (619) 233-0508
5  Email: jjasnoch@scott-scott.com

6  *Attorneys for Plaintiff Joshua Teperson*

7  [Additional counsel on signature page.]
8
9
10
11           UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| JOSHUA TEPERSON, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>SEARS, ROEBUCK & COMPANY,<br><br>Defendant. | Case No. 15-cv-1892-L-DHB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Hon. M. James Lorenz<br>Courtroom: 5B |

1  Plaintiff Joshua Teperson, by undersigned Counsel, hereby voluntarily
2  dismisses his complaint, without prejudice, against Defendant Sears, Roebuck &
3  Company, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

4

5  Respectfully submitted,

6  Dated: November 30, 2015     SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

7  */s/*John T. Jasnoch
8  John T. Jasnoch (281605)
   jjasnoch@scott-scott.com
9  Joseph Pettigrew (236933)
10 jpettigrew@scott-scott.com
   707 Broadway, Suite 1000
11 San Diego, CA  92101
12 Telephone:  (619) 233-4565
   Facsimile:  (619) 233-0508
13

14 SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
15 Joseph P. Guglielmo
   jguglielmo@scott-scott.com
16 The Chrysler Building
17 405 Lexington Avenue, 40th Floor
   New York, NY 10174
18 Telephone: 212-223-6444
19 Facsimile: 212-223-6334

20 SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
21 Erin G. Comite
   ecomite@scott-scott.com
22 156 South Main Street
23 P.O. Box 192
   Colchester, CT 06415
24 Telephone: 860-537-5537
   Facsimile: 860-537-4432
25

26

27

28  NOTICE OF VOLUTARY DISMISSAL       2       Case No. 15-cv-1892-L-DHB
    WITHOUT PREJUDICE

CARPENTER LAW GROUP
Todd D. Carpenter (234464)
todd@carpenterlawyers.com
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: 619-756-6994
Facsimile: 619-756-6991

CARLSON LYNCH SWEET & KILPELA, LLP
Gary F. Lynch
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: 412-253-6307

WOOD LAW FIRM, LLC
E. Kirk Wood
ekirkwood1@bellsouth.net
P. O. Box 382434
Birmingham, AL 35238-2434
Telephone: 205-908-4906
Facsimile: 866-747-3905

*Attorneys for Plaintiff Joshua Teperson*